IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD OLSEN, derivatively on behalf of SUNRUN INC., <br><br> Plaintiff, <br><br> v. <br><br> LYNN JURICH, BOB KOMIN, PAUL WINNOWSKI, LESLIE DACH, RICHARD WONG, STEVE VASSALLO, GERALD RISK, EDWARD FENSTER, KATHERINE AUGUST-DEWILDE, and JAMESON MCJUNKIN, <br><br> Defendants. <br> and <br><br> SUNRUN, INC. <br><br> Nominal Defendant. | C.A. No. 1:18-cv-00516-VAC-CJB |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants Lynn Jurich, Bob Komin, Paul Winnowski, Leslie Dach, Richard Wong, Steve Vassallo, Gerald Risk, Edward Fenster, Katherine August-deWilde, Jameson McJunkin, and Nominal Defendant Sunrun, Inc. to answer, move, or otherwise respond to the Complaint is hereby extended through and including August 23, 2018.

| **RIGRODSKY & LONG, P.A.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| */s/ Jeremy J. Riley* | */s/ Susan W. Waesco* |
| Seth D. Rigrodsky (#3147)<br>Brian D. Long (#4347)<br>Gina M. Serra (#5387)<br>Jeremy J. Riley (#5791)<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>(302) 295-5310<br>sdr@rl-legal.com<br>bdl@rl-legal.com<br>gms@rl-legal.com<br>jjr@rl-legal.com | R. Judson Scaggs (#2676)<br>Susan W. Waesco (#4476)<br>Sabrina M. Hendershot (#6286)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>rscaggs@mnat.com<br>swaesco@mnat.com<br>shendershot@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

OF COUNSEL:

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Todd H. Henderson
885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858
fortunato@bespc.com
henderson@bespc.com

**HYNES KELLER & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
(484) 875-3116
mhynes@hkh-lawfirm.com
lhernandez@hkh-lawfirm.com

July 23, 2018

OF COUNSEL:

**FENWICK & WEST LLP**
Susan S. Muck
Dean Kristy
Alexis Caloza
555 California Street, 13th Floor
San Francisco, CA 94104
(415) 875-2300
smuck@fenwick.com
dkristy@fenwick.com
acaloza@fenwick.com